Gregory K. DUNCAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62712.

Missouri Court of Appeals, Western District.

March 16, 2004.

Susan L. Hogan, Kansas City, MO, for appellant.

Andrea K. Spillars, Jefferson City, MO, for respondent.

Before LISA WHITE HARDWICK, P.J., PAUL M. SPINDEN and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Gregory K. Duncan appeals the denial of his postconviction relief motion and sentence pursuant to Rule 24.035.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).